JOSEPH N. KRAVEC, JR. (*PRO HAC VICE*)
WYATT A. LISON
SPECTER SPECTER EVANS & MANOGUE PC
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

JANET LINDNER SPIELBERG (221926)
LAW OFFICE OF JANET LINDNER SPIELBERG
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: (310) 392-8801
Facsimile: (310) 278-5938

MICHAEL D. BRAUN (167416)
BRAUN LAW GROUP PC
12400 Wilshire Boulevard, Suite 920
Los Angeles, California 90025
Telephone: (310) 442-7755
Facsimile: (310) 442-7756

IRA SPIRO (67641)
SPIRO MOSS BARNESS & BARGE, LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

*Attorneys for Plaintiff and the proposed class*

FELICIA Y. FENG (184346)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California 94111
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198
Email: ffeng@mckennalong.com

DAVID L. BALSER (GA 035835) (*PRO HAC VICE*)
NATHAN L. GARROWAY (GA 142194) (*PRO HAC VICE*)
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:    (404) 527-4000
Facsimile:    (404) 527-4198
Email: dbalser@mckennalong.com
       ngarroway@mckennalong.com

*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-cv-411 JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC,<br><br>    Defendant. | CASE NO. 5:07-cv-00411-JF<br><br>**STIPULATION FOR ORDER CHANGING TIME PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2** |

### STIPULATION

**WHEREAS**, Plaintiff Jonathan C. Kaltwasser ("Plaintiff") filed the above-entitled action in the United States District Court for the Northern District of California on January 22, 2007 and served Defendant on January 29, 2007;

**WHEREAS**, under applicable rules, and pursuant to the parties previous stipulation, the Defendant must answer, move against, or otherwise respond to the Complaint no later than March 19, 2007;

**WHEREAS**, the parties desire to determine if they can reach a mutually acceptable resolution through the exchange of information and negotiation.

**WHEREAS**, Defendant would like to preserve its ability to move to compel arbitration in the case.

**WHEREAS**, under Northern District Local Rule 6-2, parties may file a stipulation requesting an order changing time that would affect the date of an event or deadline already fixed by Court order.

**WHEREAS**, the initial deadlines set forth in this case pursuant to the "Order Setting Initial Case Management Conference and ADR Deadlines" are April 17, 2007 (ADR and meet

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 2 -

STIPULATION FOR ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-cv-411 JF

and confer); May 1, 2007 (26(f) report, Case Management Statement and Initial Disclosures); and May 8, 2007 (Initial Case Management Conference).

**WHEREAS**, the parties would like to stipulate to allow Defendant until May 30, 2007 to answer, move against, or otherwise respond to the Complaint (which includes moving to compel arbitration).

**WHEREAS,** the parties would like an order extending the deadlines for their ADR submission, 26(f) Report-Case Management Statement-Initial Disclosures, and Initial Case Management Conference for two months. The new deadlines would be: ADR papers and meet and confer by June 18, 2007; 26(f) report-Case Management Statement-Initial Disclosures by July 2, 2007, and the Initial Case Management Conference to be scheduled in July 2007.

**THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED THAT** Defendant shall have until May 30, 2007 to answer, move against, or otherwise respond to the Complaint (which includes moving to compel arbitration). In addition, the following new deadlines would be put in place: ADR papers and meet and confer by June 18, 2007; 26(f) report-Case Management Statement-Initial Disclosures by July 2, 2007, and the Initial Case Management Conference to be scheduled in July 2007.

*s/ Joseph N. Kravec, Jr. (PRO HAC VICE) (w/ express permission)*
Specter Specter Evans & Manogue PC
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania  15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

Michael D. Braun (BAR NO. 167416)
Braun Law Group PC
12400 Wilshire Boulevard, Suite 920
Los Angeles, California  90025
Telephone: (310) 442-7755
Facsimile: (310) 442-7756

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 3 -

STIPULATION FOR ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-cv-411 JF

| | |
|---|---|
| 1 | Janet Lindner Spielberg (BAR NO. 221926) |
| | Law Office of Janet Lindner Spielberg |
| 2 | 12400 Wilshire Boulevard, Suite 400 |
| | Los Angeles, California 90025 |
| 3 | Telephone: (310) 392-8801 |
| | Facsimile: (310) 278-5938 |
| 4 | |
| 5 | Ira Spiro (BAR NO. 67641) |
| | Spiro Moss Barness & Barge, LLP |
| 6 | 11377 West Olympic Boulevard, Fifth Floor |
| | Los Angeles, California 90064-1683 |
| 7 | Telephone: (310) 235-2468 |
| | Facsimile: (310) 235-2456 |

*Attorneys for Plaintiff and the proposed class*

s/ *Felicia Y. Feng (BAR NO. 184346)*
McKenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, California 94111
Telephone:     (415) 267-4000
Facsimile:       (415) 267-4198
Email:     ffeng@mckennalong.com

David L. Balser (GA 035835)
(*PRO HAC VICE*)
Nathan L. Garroway (GA 142194)
(*PRO HAC VICE*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:     (404) 527-4000
Facsimile:       (404) 527-4198
Email:     dbalser@mckennalong.com
               ngarroway@mckennalong.com

*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

- 4 -

STIPULATION FOR ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-cv-411 JF

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On **March 7, 2007,** I electronically filed the:

*Stipulation for Order Changing Time Pursuant to Northern District Local Rule 6-2; [Proposed] Order*

with the Clerk of the United States District Court - Northern District of California, via the Court's electronic court filing system (ECF). The Court will generate email notification to all attorneys of record participating in this case via ECF. Participating attorneys are:

> David L. Balser, Esq., McKenna Long & Aldridge LLP
> Nathan L. Garroway, Esq., McKenna Long & Aldridge LLP
> Felicia Y. Feng, Esq., McKenna Long & Aldridge LLP
> Ira Spiro, Esq., Spiro Moss Barness & Barge, LLP
> Michael David Braun, Esq., Braun Law Group PC
> Joseph N. Kravec Jr., Esq., Specter Specter Evans & Manogue PC

For those served by U.S. Mail, I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On this date I placed with this firm at the above address for deposit with the United States Postal Service, a true and correct copy of the document stated above, in a sealed envelope, postage fully paid, addressed as follows:

> Janet Lindner Spielberg, Esq.
> Law Office of Janet Lindner Spielberg
> 12400 Wilshire Boulevard, Suite 400
> Los Angeles, CA 90025

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 5 -

STIPULATION FOR ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-CV-411 JF

Executed on **March 7, 2007,** at San Francisco, California.

_____
Gina Paronelli

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 6 -

STIPULATION FOR ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-CV-411 JF

**E-filed 3/9/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC, <br> Defendant. | CASE NO. 5:07-cv-00411-JF <br><br> [PROPOSED] ORDER CHANGING TIME PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2 |

For good cause shown and to encourage resolution and exchange of information between the parties, Defendant shall have until May 30, 2007 to answer, move against, or otherwise respond to the complaint (which includes moving to compel arbitration).

In addition, the following new deadlines are established:

1) ADR papers and meet and confer by June 18, 2007;

2) 26(f) report-Case Management Statement-Initial Disclosures by July 2, 2007; and

3) The new date for the Initial Case Management conference is July 13 2007.

_____
The Honorable Jeremy Fogel
United States District Court
Northern District of California

SF:27235487.1

- 7 -

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

[PROPOSED] ORDER CHANGING TIME
PURSUANT TO LOCAL RULE 6-2
CASE NO. 5:07-cv-411 JF