**E-filed 6/5/07**

1  JOSEPH N. KRAVEC, JR. (*PRO HAC VICE*)
   WYATT A. LISON
2  SPECTER SPECTER EVANS & MANOGUE PC
   The 26th Floor Koppers Building
3  Pittsburgh, Pennsylvania 15219
   Telephone: (412) 642-2300
4  Facsimile: (412) 642-2309
   Email: jnk@ssem.com
5
   JANET LINDNER SPIELBERG (221926)
6  LAW OFFICE OF JANET LINDNER SPIELBERG
   12400 Wilshire Boulevard, Suite 400
7  Los Angeles, California 90025
   Telephone: (310) 392-8801
8  Facsimile: (310) 278-5938

9  MICHAEL D. BRAUN (167416)
   BRAUN LAW GROUP PC
10 12400 Wilshire Boulevard, Suite 920
   Los Angeles, California 90025
11 Telephone: (310) 442-7755
   Facsimile: (310) 442-7756
12
   IRA SPIRO (67641)
13 SPIRO MOSS BARNESS & BARGE, LLP
   11377 West Olympic Boulevard, Fifth Floor
14 Los Angeles, California 90064-1683
   Telephone: (310) 235-2468
15 Facsimile: (310) 235-2456

16 *Attorneys for Plaintiff and the proposed class*

17 FELICIA Y. FENG (184346)
   McKENNA LONG & ALDRIDGE LLP
18 101 California Street, 41st Floor
   San Francisco, California 94111
19 Telephone:   (415) 267-4000
   Facsimile:   (415) 267-4198
20 Email: ffeng@mckennalong.com

21 DAVID L. BALSER (GA 035835)
   (*PRO HAC VICE*)
22 NATHAN L. GARROWAY (GA 142194)
   (*PRO HAC VICE*)
23 McKENNA LONG & ALDRIDGE LLP
   303 Peachtree Street, N.E., Suite 5300
24 Atlanta, GA 30308
   Telephone:   (404) 527-4000
25 Facsimile:   (404) 527-4198
   Email: dbalser@mckennalong.com
26         ngarroway@mckennalong.com

27 *Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME
CASE NO. 5:07-cv-411 JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC,<br><br>Defendant. | CASE NO. 5:07-cv-00411-JF<br><br>**SECOND STIPULATION FOR ORDER CHANGING TIME PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2** |

## STIPULATION

**WHEREAS**, Plaintiff Jonathan C. Kaltwasser ("Plaintiff") filed the above-entitled action in the United States District Court for the Northern District of California on January 22, 2007 and served Defendant on January 29, 2007;

**WHEREAS**, under applicable rules, prior Court order, and pursuant to the parties' previous stipulations, the Defendant must answer, move against, or otherwise respond to the Complaint no later than June 15, 2007;

**WHEREAS**, the parties continue to desire to determine if they can reach a mutually acceptable resolution through the exchange of information and negotiation.

**WHEREAS**, in seeking to reach a mutually acceptable resolution through the exchange of information and negotiation, Defendant has disclosed and produced to Plaintiff more than 100,000 pages of information in response to Plaintiff's requests.

**WHEREAS**, in seeking to reach a mutually acceptable resolution through the exchange of information and negotiation, Plaintiff requires additional time to review and analyze the more than 100,000 pages of information produced by Defendant prior to continuing discussions toward a resolution of this action with Defendant.

**WHEREAS**, Defendant would like to preserve its ability to move to compel arbitration in the case with the understanding that Plaintiff will likewise preserve his right to oppose any such motion.

**WHEREAS**, under Northern District Local Rule 6-2, parties may file a stipulation requesting an order changing time that would affect the date of an event or deadline already fixed by Court order.

**WHEREAS**, the present deadlines set forth in this case pursuant to the March 9, 2007 "Order Changing Time Pursuant to Northern District Local Rule 6-2" are June 18, 2007 (ADR and meet and confer); July 2, 2007 (26(f) report, Case Management Statement and Initial Disclosures); and July 13, 2007 (Initial Case Management Conference).

**WHEREAS**, the parties would like to stipulate to allow Defendant until July 30, 2007 to answer, move against, or otherwise respond to the Complaint (which includes moving to compel arbitration).

**WHEREAS**, the parties would like an order extending the deadlines for their ADR submission, 26(f) Report-Case Management Statement-Initial Disclosures, and Initial Case Management Conference for two months. The new deadlines would be: ADR papers and meet and confer by August 20, 2007; 26(f) report-Case Management Statement-Initial Disclosures by September 3, 2007, and the Initial Case Management Conference to be scheduled in September 2007.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED THAT Defendant shall have until July 30, 2007 to answer, move against, or otherwise respond to the Complaint (which includes moving to compel arbitration). In addition, the following new deadlines would be put in place: ADR papers and meet and confer by August 20, 2007; 26(f) report-Case Management Statement-Initial Disclosures by September 3, 2007, and the Initial Case Management Conference to be scheduled in September 2007.

<u>s/ Joseph N. Kravec (w/ express permission)</u>

Michael D. Braun (167416)
Braun Law Group PC
12400 Wilshire Boulevard, Suite 920
Los Angeles, California 90025
Telephone: (310) 442-7755
Facsimile: (310) 442-7756

Joseph N. Kravec, Jr. (*PRO HAC VICE*)
Wyatt A. Lison
Specter Specter Evans & Manogue PC
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

Janet Lindner Spielberg (221926)
Law Office of Janet Lindner Spielberg
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: (310) 392-8801
Facsimile: (310) 278-5938

Ira Spiro (67641)
Spiro Moss Barness & Barge, LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

*Attorneys for Plaintiff and the proposed class*

<u>s/ Felicia Y. Feng</u>
McKenna Long & Aldridge LLP
101 California Street, 41st Floor
San Francisco, California 94111
Telephone:     (415) 267-4000
Facsimile:     (415) 267-4198
Email:     ffeng@mckennalong.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David L. Balser (GA 035835)
(*PRO HAC VICE*)
Nathan L. Garroway (GA 142194)
(*PRO HAC VICE*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:       (404) 527-4000
Facsimile:        (404) 527-4198
Email:    dbalser@mckennalong.com
              ngarroway@mckennalong.com

*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 5 -

STIPULATION TO EXTEND TIME
CASE NO. 5:07-cv-411 JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC,

    Defendant.

CASE NO. 5:07-cv-00411-JF

[~~PROPOSED~~] SECOND ORDER CHANGING TIME PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2

For good cause shown and to encourage resolution and exchange of information between the parties, Defendant shall have until July 30, 2007 to answer, move against, or otherwise respond to the complaint (which includes moving to compel arbitration).

In addition, the following new deadlines are established:

1)    ADR papers and meet and confer by August 20, 2007;

2)    26(f) report-Case Management Statement-Initial Disclosures by September 3, 2007; and

3)    The new date for the Initial Case Management conference is September 21 2007.

6/5/07

Honorable Jeremy Fogel
United States District Court
Northern District of California

ATLANTA:4911194.3

- 2 -

## PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On **June 1, 2007**, I electronically filed the:

*Second Stipulation for Order Changing Time*
*Pursuant To Northern District Local Rule 6-2; [Proposed] Order*

with the Clerk of the United States District Court - Northern District of California, via the Court's electronic court filing system (ECF). The Court will generate email notification to all attorneys of record participating in this case via ECF. Participating attorneys currently are:

David L. Balser, Esq., McKenna Long & Aldridge LLP
Nathan L. Garroway, Esq. , McKenna Long & Aldridge LLP
Felicia Y. Feng, Esq., McKenna Long & Aldridge LLP
Ira Spiro, Esq., Spiro Moss Barness & Barge, LLP
Michael David Braun, Esq., Braun Law Group PC
Joseph Kravec, Esq., Specter Specter Evans & Manogue PC

For those served by U.S. Mail, I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On this date I placed with this firm at the above address for deposit with the United States Postal Service, a true and correct copy of the document stated above, in a sealed envelope, postage fully paid, addressed as follows:

Jane Lindner Spielberg, Esq.
Law Office of Janet Lindner Spielberg
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **June 1, 2007,** at San Francisco, California.

_____
Gina Paronelli

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 2 -

STIPULATION TO EXTEND TIME
CASE NO. 5:07-cv-411 JF