JOSEPH N. KRAVEC, JR. (*PRO HAC VICE*)
WYATT A. LISON
SPECTER SPECTER EVANS & MANOGUE PC
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

JANET LINDNER SPIELBERG (221926)
LAW OFFICE OF JANET LINDNER SPIELBERG
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: (310) 392-8801
Facsimile: (310) 278-5938

MICHAEL D. BRAUN (167416)
BRAUN LAW GROUP PC
12304 Santa Monica Boulevard, Suite 109
Los Angeles, California 90025
Telephone: (310) 442-7755
Facsimile: (310) 442-7756

IRA SPIRO (67641)
SPIRO MOSS BARNESS, LLP
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California 90064-1683
Telephone: (310) 235-2468
Facsimile: (310) 235-2456

*Attorneys for Plaintiff and the proposed class*

FELICIA Y. FENG (184346)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California 94111
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198
Email: ffeng@mckennalong.com

DAVID L. BALSER (GA 035835)
(*PRO HAC VICE*)
NATHAN L. GARROWAY (GA 142194)
(*PRO HAC VICE*)
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:    (404) 527-4000
Facsimile:    (404) 527-4198
Email: dbalser@mckennalong.com
       ngarroway@mckennalong.com

*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME
CASE NO. 5:07-cv-411 JF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC,<br><br>Defendant. | CASE NO. 5:07-cv-00411-JF<br><br>**FOURTH STIPULATION FOR ORDER CHANGING TIME PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2** |

## STIPULATION

**WHEREAS**, Plaintiff Jonathan C. Kaltwasser ("Plaintiff") filed the above-entitled action in the United States District Court for the Northern District of California on January 22, 2007 and served Defendant on January 29, 2007;

**WHEREAS**, under applicable rules, prior Court order, and pursuant to the parties' previous stipulations, the Defendant responded to the Complaint by the filing of its Motion to Compel Arbitration and Dismiss Litigation Pursuant to the Federal Arbitration Act ("Motion") on October 1, 2007;

**WHEREAS**, a hearing on Defendant's Motion is scheduled for November 30, 2007;

**WHEREAS**, the present deadlines set forth in this case pursuant to the July 23, 2007 "Third Order Changing Time Pursuant to Northern District Local Rule 6-2" include a November 5, 2007 26(f) Report/Case Management Conference Statement/Initial Disclosures (collectively "26(f) Report") deadline and a November 16, 2007 Initial Case Management Conference;

**WHEREAS**, under Northern District Local Rule 6-2, parties may file a stipulation requesting an order changing time that would affect the date of an event or deadline already fixed by Court order;

1  WHEREAS, the parties believe that it would be most efficient to file the 26(f) Report and have the Case Management Conference after the decision on Defendant's Motion;

WHEREAS, Defendant would like to preserve its right to appeal and the right to move to seek a stay of discovery deadlines if its Motion is denied and Plaintiff would like to preserve his right to oppose any such motion;

WHEREAS, the parties request that the November 5, 2007 deadline for filing the 26(f) Report be adjourned to a date fourteen (14) days after an order denying Defendant's Motion (if any) and the November 16, 2007 Initial Case Management Conference be adjourned to a date fourteen (14) days after the deadline for filing the 26(f) Report without prejudice to Defendant seeking a stay of all proceedings pending appeal.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED THAT the deadline for the 26(f) Report scheduled for November 5, 2007 be adjourned to a date fourteen (14) days after an order denying Defendant's Motion (if any) and that the Initial Case Management Conference scheduled for November 16, 2007 be adjourned to a date fourteen (14) days after the deadline for filing the 26(f) Report.

*s/ Michael D. Braun (w/ express permission)*

Michael D. Braun (167416)
Braun Law Group PC
12304 Santa Monica Boulevard, Suite 109
Los Angeles, California 90025
Telephone: (310) 442-7755
Facsimile: (310) 442-7756

Joseph N. Kravec, Jr. (*PRO HAC VICE*)
Wyatt A. Lison
Specter Specter Evans & Manogue PC
The 26th Floor Koppers Building
Pittsburgh, Pennsylvania 15219
Telephone: (412) 642-2300
Facsimile: (412) 642-2309
Email: jnk@ssem.com

Janet Lindner Spielberg (221926)
Law Office of Janet Lindner Spielberg
12400 Wilshire Boulevard, Suite 400
Los Angeles, California 90025
Telephone: (310) 392-8801
Facsimile: (310) 278-5938

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

- 3 -

STIPULATION TO EXTEND TIME
CASE NO. 5:07-cv-411 JF

```
 1    Ira Spiro (67641)
      Spiro Moss Barness, LLP
 2    11377 West Olympic Boulevard, Fifth Floor
      Los Angeles, California  90064-1683
 3    Telephone: (310) 235-2468
      Facsimile: (310) 235-2456
 4
      *Attorneys for Plaintiff and the proposed class*
 5
      s/ Felicia Y. Feng
 6    McKenna Long & Aldridge LLP
      101 California Street, 41st Floor
 7    San Francisco, California  94111
      Telephone:     (415) 267-4000
 8    Facsimile:     (415) 267-4198
      Email:    ffeng@mckennalong.com
 9
      David L. Balser (GA 035835)
10    (PRO HAC VICE)
      Nathan L. Garroway (GA 142194)
11    (PRO HAC VICE)
      McKenna Long & Aldridge LLP
12    303 Peachtree Street, N.E., Suite 5300
      Atlanta, GA  30308
13    Telephone:     (404) 527-4000
      Facsimile:     (404) 527-4198
14    Email:    dbalser@mckennalong.com
                ngarroway@mckennalong.com
15
      *Attorneys for Defendant ATT Mobility f/k/a Cingular*
16    *Wireless LLC*
```

- 4 -

STIPULATION TO EXTEND TIME
CASE NO. 5:07-cv-411 JF

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On **October 29, 2007**, I electronically filed the:

*Fourth Stipulation for Order Changing Time Pursuant to*
*Northern District Local Rule 6-2; [Proposed] Order*

with the Clerk of the United States District Court - Northern District of California, via the Court's electronic court filing system (ECF). The Court will generate email notification to all attorneys of record participating in this case via ECF. Participating attorneys are:

    David L. Balser, Esq., McKenna Long & Aldridge LLP
    Nathan L. Garroway, Esq., McKenna Long & Aldridge LLP
    Felicia Y. Feng, Esq., McKenna Long & Aldridge LLP
    Ira Spiro, Esq., Spiro Moss Barness & Barge, LLP
    Michael David Braun, Esq., Braun Law Group PC
    Joseph Kravec, Esq., Specter Specter Evans & Manogue PC

For those served by U.S. Mail, I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On this date I placed with this firm at the above address for deposit with the United States Postal Service, a true and correct copy of the documents stated above, in sealed envelopes, postage fully paid, addressed as follows:

    Janet Lindner Spielberg, Esq.
    Law Office of Janet Lindner Spielberg
    12400 Wilshire Boulevard, Suite 400
    Los Angeles, CA 90025

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.
3  Executed on **October 29, 2007,** at San Francisco, California.

_____
Gina Paronelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,

          Plaintiffs,

v.

AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC,

          Defendant.

CASE NO. 5:07-cv-00411-JF

[PROPOSED] FOURTH ORDER CHANGING TIME PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-2

The following deadlines are adjourned: November 5, 2007 Fed. R. Civ. P. 26(f) Report and November 16, 2007 Initial Case Management Conference. Parties are to file Fed. R. Civ. P. 26(f) Report fourteen (14) days after any order denying Defendant's Motion to Compel Arbitration and Dismiss Litigation Pursuant to the Federal Arbitration Act ("Motion"). Parties will notice an Initial Case Management Conference fourteen (14) days after the deadline for filing the 26(f) Report, or as soon thereafter as the Court's schedule permits. Defendant preserves its right to appeal and its right to move to seek a stay of all proceedings pending appeal if its Motion is denied and Plaintiff preserves his right to oppose any such motion.

10/31/07

                                      Honorable Jeremy Fogel
                                      United States District Court
                                      Northern District of California

ATLANTA:4967085.2