**E-filed 3/14/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC,

        Defendant.

CASE NO. 5:07-cv-00411-JF

[PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

The Case Management Conference currently scheduled for March 21, 2008 is adjourned. The Court hereby re-schedules the Case Management Conference for __4/25/08__, 2008, at __10:30__ a_. m.

3/14/08

_____
Honorable Jeremy Fogel
United States District Court
Northern District of California

McKenna Long & Aldridge LLP
Attorneys At Law
San Francisco

STIPULATION REGARDING
CASE MANAGEMENT CONFERENCE
CASE NO. 5:07-cv-411 JF