**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINGULAR WIRELESS, LLC,<br><br>Defendant. | Case No. 5:07-cv-00411-JF<br><br>[~~PROPOSED~~] ORDER |

And now, this __24__th day of April, 2008, upon consideration of the Unopposed Administrative Motion of Defendant AT&T Mobility LLC (f/k/a Cingular Wireless LLC) to Change the Hearing Date and Briefing Schedule for Defendant's Motion for Stay Pending Appeal,

It is hereby **ORDERED** that:

(1) Defendant AT&T Mobility's Unopposed Administrative Motion to Change the Hearing Date and Briefing Schedule for Defendant's Motion for Stay Pending Appeal is **GRANTED**;

(2) the hearing date for AT&T Mobility's Motion for Stay Pending Appeal is changed from May 23, 2008 to May 9, 2008; and

(3) the due date for AT&T Mobility's Reply in support of its Motion for Stay Pending Appeal is changed from May 9, 2008 to April 30, 2008.

**IT IS SO ORDERED.**

_____
Hon. Jeremy Fogel
United States District Judge