1  Joseph N. Kravec, Jr. (Admitted *Pro Hac Vice*)
2  **SPECTER SPECTER EVANS
      & MANOGUE, P.C.**                                  **E-Filed 2/11/2010**
3  The 26th Floor Koppers Building
   Pittsburgh, Pennsylvania 15291
4  Tel:  (412) 642-2300
   Fax: (412) 642-2309
5
   Janet Lindner Spielberg (SBN 221926)
6  **LAW OFFICES OF JANET LINDNER
      SPIELBERG**
7  12400 Wilshire Boulevard, #400
   Los Angeles, California  90025
8  Tel:  (310) 392-8801
   Fax: (310) 278-5938
9
10 Michael D. Braun (SBN 167416)                    Ira Spiro (SBN 67641)
   **BRAUN LAW GROUP, P.C.**                        **SPIRO MOSS LLP**
11 10680 West Pico Boulevard, Suite 280             11377 West Olympic Blvd., 5th Floor
   Los Angeles, California  90064                   Los Angeles, California  90064-1683
12 Tel: (310) 836-6000                              Tel:  (310) 235-2468
   Fax: (310) 836-6010                              Fax: (310) 235-2456
13
14 *Attorneys for Plaintiffs*

15               IN THE UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18 JONATHAN C. KALTWASSER,              )   Case No. 5:07-CV-411
   on behalf of himself and all others )
19 similarly situated,                  )   **STIPULATION AND PROPOSED CASE
                                        )   MANAGEMENT SCHEDULING ORDER
20              Plaintiff,              )   AMENDING ORDER ENTERED ON
                                        )   DECEMBER 4, 2009**
21 v.                                   )
                                        )
22 AT&T MOBILITY LLC                    )
   f/k/a/CINGULAR WIRELESS LLC,         )
23                                      )
                Defendant.              )
24                                      )
                                        )
25                                      )
                                        )
26 _____     )

27

28
                                        1

1    The parties, by their undersigned counsel, hereby submit the following stipulation and

2    [proposed] order for entry by this Court pursuant to Local Rule 7-12:

3    1.    On December 4, 2009, this Court held a Case Management Conference and entered a

4    Case Management Scheduling Order (Document 104) adopting the parties proposed schedule

5    (Document 102) providing the parties until January 29, 2010 to complete discovery related to class

6    certification issues, requiring Plaintiff's Motion for Class Certification and Supporting

7    Memorandum to be filed by February 12, 2010, Defendant's Opposition thereto to be filed by March

8    19, 2010, Plaintiff Reply thereto to be filed by April 9, 2010, and setting a motions hearing on class

9    certification for April 23, 2010, at 9:00 a.m.

10   2.    Plaintiff's counsel, Joseph N. Kravec, Jr., who is primarily responsible for preparing

11   Plaintiff's class certification moving papers, is located in Pittsburgh, Pennsylvania, which is

12   presently in a state of emergency due to nearly 2 feet of snow falling last weekend and more

13   expected this week.  Indeed, the federal court in Pittsburgh has been closed most of this week.  As a

14   result, Mr. Kravec's office was closed on Monday and expects to be closed several other days this

15   week, which has and will hamper his ability to prepare Plaintiff's class certification moving papers

16   which are due on February 12, 2010.

17   3.    In that connection, the parties conferred with respect to extending the current class

18   certification schedule and hereby agree to and submit the following stipulation for an amended

19   schedule for completion of class discovery and for the hearing and briefing on Plaintiff's Motion for

20   Class Certification:

21   1.    Plaintiff's motion and brief in support of class certification shall be filed no

22   later than **February 26, 2010**.

23   2.    Defendant's opposition to the Motion for Class Certification shall be filed no

24   later than **April 2, 2010**.

25   3.    Plaintiff's reply in support of her Motion for Class Certification shall be filed

26   no later than **April 23, 2010**.

27

28

2

1       4.    The Motion for Class Certification shall be heard on **May 7, 2010, at 9:00**

2   **a.m**. in Courtroom 3, 5th Floor, United States Courthouse, 280 S. First Street, San Jose,

3   California.

4   The Parties respectfully request that the Court enter this Stipulation.

5   Dated:  February 9, 2010

6   **AGREED TO BY:**

7   **SPECTER SPECTER EVANS**
    **& MANOGUE, P.C.**

8

9   By:  /s/ JOSEPH N. KRAVEC, JR.
    Joseph N. Kravec, Jr. (*pro hac vice*)
10       Wyatt A. Lison

11   The 26th Floor Koppers Building
Pittsburgh, Pennsylvania  15219
12   Telephone: (412) 642-2300
Facsimile: (412) 642-2309
13   Email: jnk@ssem.com

14   Janet Lindner Spielberg (221926)
15   **LAW OFFICES OF JANET LINDNER**
    **SPIELBERG**
16   12400 Wilshire Boulevard, Suite 400
Los Angeles, California  90025
17   Telephone: (310) 392-8801
Facsimile: (310) 278-5938
18

19   Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
20   10680 West Pico Boulevard, Suite 280
Los Angeles, California  90064
21   Telephone: (310) 836-6000
Facsimile: (310) 836-6010
22

23   Ira Spiro (67641)
**SPIRO MOSS, LLP**
24   11377 West Olympic Boulevard, Fifth Floor
Los Angeles, California  90064-1683
25   Telephone: (310) 235-2468
26   Facsimile: (310) 235-2456

27   *Attorneys for Plaintiff and the Class*

28

---

**McKENNA LONG & ALDRIDGE LLP**

By:  /s/ NATHAN L. GARROWAY
.    David L. Balser (GA 035835)
    (*pro hac vice*)
    Nathan L. Garroway (GA 142194)
    (*pro hac vice*)

303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
Email:    dbalser@mckennalong.com
    ngarroway@mckennalong.com

Felicia Y. Feng (184346)
**McKENNA LONG & ALDRIDGE LLP**
101 California Street, 41st Floor
San Francisco, California  94111
Telephone:  (415) 267-4000
Facsimile:  (415) 267-4198
Email:    ffeng@mckennalong.com

*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

**Dated:  February __11__, 2010**

_____
**Honorable Jeremy Fogel**

4