
Felicia Y. Feng (184346)
McKenna Long & Aldridge LLP
101 California Street
41st Floor
San Francisco, California  94111
Telephone:  (415) 267-4000
Facsimile:   (415) 267-4198
Email:       ffeng@mckennalong.com

**E-Filed 3/22/2010**

David L. Balser (*pro hac vice*)
Nathan L. Garroway (*pro hac vice*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:  (404) 527-4000
Facsimile:   (404) 527-4198
Email:       dbalser@mckennalong.com
             ngarroway@mckennalong.com

*Attorneys for Defendant*
*AT&T Mobility LLC f/k/a Cingular Wireless*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC f/k/a/CINGULAR WIRELESS LLC,<br><br>Defendant. | Case No. 5:07-CV-00411 JF<br><br>**STIPULATION AND ~~PROPOSED~~ CASE MANAGEMENT SCHEDULING ORDER AMENDING ORDER ENTERED ON FEBRUARY 11, 2010**<br><br>**HONORABLE JEREMY FOGEL** |

1

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on February 11, 2010
Case No.:  5:07CV00411-JF

1   The parties, by their undersigned counsel, hereby submit the following stipulation and
2   [proposed] order for entry by this Court pursuant to Local Rule 7-12:
3        1.   On February 11, 2010, this Court entered an Amended Case Management Scheduling
4   Order [Document 106] adopting the parties proposed schedule [Document 105], requiring Plaintiff's
5   Motion for Class Certification and Supporting Memorandum to be filed by February 26, 2010,
6   Defendant's Opposition thereto to be filed by April 2, 2010, Plaintiff Reply thereto to be filed by
7   April 23, 2010, and setting a motions hearing on class certification for May 7, 2010, at 9:00 a.m.
8        2.   Plaintiff filed his Motion for Class Certification and Supporting Memorandum on
9   February 26, 2010. [Document 108.] In support of that Motion, Plaintiff also submitted the expert
10  declaration of Gary C. French, Ph.D (under seal) with multiple exhibits (filed under seal.) In order
11  to adequately respond to Plaintiff's submission of expert testimony, Defendant will need to depose
12  Dr. French, engage its own expert, and tender its own expert testimony. To do so, Defendant
13  believes additional time will be necessary to complete these tasks prior to Defendant submitting its
14  opposition papers to class certification, which are due on April 2, 2010.
15       3.   In that connection, the parties conferred with respect to extending the current class
16  certification schedule and hereby agree to and submit the following stipulation for an amended
17  schedule for completion of class discovery and for the hearing and briefing on Plaintiff's Motion for
18  Class Certification:
19       1.   Defendant's opposition to the Motion for Class Certification shall be filed no
20       later than **April 16, 2010.**
21       2.   Plaintiff's reply in support of his Motion for Class Certification shall be filed
22       no later than **May 7, 2010.**
23       3.   The Motion for Class Certification shall be heard on **May 21, 2010, at 9:00**
24       **a.m.** in Courtroom 3, 5th Floor, United States Courthouse, 280 S. First Street, San Jose,
25       California.

28                                            2

1  The Parties respectfully request that the Court enter this Stipulation.

2  Dated: March 15, 2010

3  **AGREED TO BY:**

| | |
|---|---|
| **SPECTER SPECTER EVANS & MANOGUE, P.C.** | **McKENNA LONG & ALDRIDGE LLP** |
| By:  /s/Joseph N. Kravec<br>        Joseph N. Kravec, Jr. (*pro hac vice*)<br>        Wyatt A. Lison | By:  /s/ Nathan L. Garroway<br>.       David L. Balser (*pro hac vice*)<br>        Nathan L. Garroway (*pro hac vice*) |
| The 26th Floor Koppers Building<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 642-2300<br>Facsimile: (412) 642-2309<br>Email: jnk@ssem.com | 303 Peachtree Street, N.E., Suite 5300<br>Atlanta, GA 30308<br>Telephone: (404) 527-4000<br>Facsimile:  (404) 527-4198<br>Email:       dbalser@mckennalong.com<br>                  ngarroway@mckennalong.com |
| Janet Lindner Spielberg (221926)<br>**LAW OFFICES OF JANET LINDNER SPIELBERG**<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90025<br>Telephone: (310) 392-8801<br>Facsimile: (310) 278-5938 | Felicia Y. Feng (184346)<br>**McKENNA LONG & ALDRIDGE LLP**<br>101 California Street, 41st Floor<br>San Francisco, California 94111<br>Telephone: (415) 267-4000<br>Facsimile:  (415) 267-4198<br>Email:       ffeng@mckennalong.com |
| Michael D. Braun (167416)<br>**BRAUN LAW GROUP, P.C.**<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, California 90064<br>Telephone: (310) 836-6000<br>Facsimile: (310) 836-6010 | *Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC* |
| Ira Spiro (67641)<br>**SPIRO MOSS, LLP**<br>11377 West Olympic Boulevard, Fifth Floor<br>Los Angeles, California 90064-1683<br>Telephone: (310) 235-2468<br>Facsimile: (310) 235-2456 | |
| *Attorneys for Plaintiff and the Class* | |

3

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: March 22, 2010

_____
Honorable Jeremy Fogel

## CERTIFICATE OF SERVICE

This is to certify that on March 15, 2010, I electronically filed the within and forgoing **Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on February 11, 2010** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Ira Spiro
James Mark Moore
Michael David Braun
Felicia Feng
Joseph Kravec
David Balser
Nathan Garroway
Janet Lindner Spielberg
Donald M. Falk
Wyatt A. Lison

By: */s/ Nathan L. Garroway*
Nathan L. Garroway
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:   (404) 527-4000
Facsimile:     (404) 527-4198
Email: ngarroway@mckennalong.com