1  Felicia Y. Feng (184346)
   McKenna Long & Aldridge LLP
2  101 California Street
   41st Floor
3  San Francisco, CA 94111
   Telephone:   (415) 267-4000
4  Facsimile:    (415) 267-4198
   Email: ffeng@mckennalong.com
5
   David L. Balser *(pro hac vice)*
6  Nathan L. Garroway *(pro hac vice)*
   Jeffrey R. Baxter *(pro hac vice)*
7  McKenna Long & Aldridge LLP
   303 Peachtree Street, N.E., Suite 5300
8  Atlanta, GA  30308
   Telephone:   (404) 527-4000
9  Facsimile:    (404) 527-4198
   Email: dbalser@mckennalong.com
10          ngarroway@mckennalong.com
            jbaxter@mckennalong.com
11

12 *Attorneys for Defendant AT&T MOBILITY LLC
   f/k/a as CINGULAR WIRELESS LLC*
13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                              **SAN JOSE DIVISION**
17

18
   | JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated, | CASE NO. 5:07-CV-00411-JF |
   |---|---|
   | Plaintiff, | **STIPULATION REGARDING ADDITIONAL PAGES FOR CLASS CERTIFICATION BRIEFING** |
   | v. | Judge: Honorable Jeremy Fogel<br>Date May 24, 2010<br>Time: 9:00 A.M.<br>Courtroom: 3 |
   | AT&T MOBILITY LLC formerly known as CINGULAR WIRELESS LLC, | |
   | Defendant. | |

26    WHEREAS, plaintiff Jonathan C. Kaltwasser filed a Motion for Class Certification on

27 February 26, 2010, and Defendant is required to file its opposition by April 16, 2010;

28

WHEREAS, pursuant to Local Rule 7.4(b), Defendant hereby moves the Court for permission to file five (5) additional pages in its opposition to Plaintiff's Motion for Class Certification for a length up to thirty (30) pages so that it can cogently present the facts and legal arguments relating to the issues raised by Plaintiff's Motion. Defendant will make every effort to keep its opposition as concise as possible, while adequately framing the factual and legal issues for the Court.

WHEREAS, Plaintiff stipulates to this request, and moves the Court for an additional five (5) pages for his reply brief in support of Motion for Class Certification which will give him permission to file a reply brief in support of his Motion for Class Certification of up to twenty (20) pages. Plaintiff will make every effort to keep his reply brief as concise as possible, while adequately framing the factual and legal issues for the Court.

**THEREFORE, IT IS HEREBY STIPULATED** that Defendant shall have up to thirty (30) pages to file an opposition to Plaintiff's Motion for Class Certification and Plaintiff shall have up to twenty (20) pages to file a reply brief in support of his Motion for Class Certification.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: April 12, 2010

**Honorable Jeremy Fogel**

The Parties respectfully request that the Court enter this Stipulation.

This 9th day of April, 2010.

AGREED TO BY:

| STEMBER FEINSTEIN DOYLE PAYNE & CORDES, LLC | McKENNA LONG & ALDRIDGE LLP |
|---|---|
| By:  /s/Joseph N. Kravec<br>      Joseph N. Kravec, Jr. (*pro hac vice*)<br><br>Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 281-8400<br>Facsimile: (412) 281-1007<br>Email: jkravec@stemberfeinstein.com<br><br>Janet Lindner Spielberg (221926)<br>LAW OFFICES OF JANET LINDNER SPIELBERG<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90025<br>Telephone: (310) 392-8801<br>Facsimile: (310) 278-5938<br><br>Michael D. Braun (167416)<br>BRAUN LAW GROUP, P.C.<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, California 90064<br>Telephone: (310) 836-6000<br>Facsimile: (310) 836-6010<br><br>J. Mark Moore (180473)<br>Ira Spiro (67641)<br>SPIRO MOSS, LLP<br>11377 West Olympic Boulevard, Fifth Floor<br>Los Angeles, California 90064-1683<br>Telephone: (310) 235-2468<br>Facsimile: (310) 235-2456<br><br>*Attorneys for Plaintiff and the Class* | By:  /s/ Nathan L. Garroway<br>      David L. Balser (*pro hac vice*)<br>      Nathan L. Garroway (*pro hac vice*)<br>      Jeffrey R. Baxter (*pro hac vice*)<br><br>303 Peachtree Street, N.E., Suite 5300<br>Atlanta, GA 30308<br>Telephone: (404) 527-4000<br>Facsimile:  (404) 527-4198<br>Email:      dbalser@mckennalong.com<br>            ngarroway@mckennalong.com<br>            jbaxter@mckennalong.com<br><br>Felicia Y. Feng (184346)<br>McKENNA LONG & ALDRIDGE LLP<br>101 California Street, 41st Floor<br>San Francisco, California 94111<br>Telephone: (415) 267-4000<br>Facsimile:  (415) 267-4198<br>Email:      ffeng@mckennalong.com<br><br>*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC* |

## CERTIFICATE OF SERVICE

This is to certify that on April 9, 2010, I electronically filed the within and foregoing **Stipulation Regarding Additional Pages For Class Certification Briefing** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Ira Spiro
James Mark Moore
Michael David Braun
Felicia Feng
Joseph Kravec
David Balser
Nathan Garroway
Janet Lindner Spielberg
Donald M. Falk
Wyatt A. Lison

By: /s/ *Nathan L. Garroway*
NATHAN L. GARROWAY
(Admitted *Pro Hac Vice*)
McKenna Long & Aldridge LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email: ngarroway@mckennalong.com