**E-Filed 4/27/2010**

| | |
|---|---|
| Joseph N. Kravec, Jr., Esquire (*pro hac vice*) | J. Mark Moore, Esquire (180473) |
| STEMBER FEINSTEIN DOYLE | Ira Spiro, Esquire (67641) |
|   PAYNE & CORDES, LLC | SPIRO MOSS, LLP |
| Allegheny Building, 17th Floor | 11377 West Olympic Boulevard, Fifth Floor |
| 429 Forbes Avenue | Los Angeles, CA  90064-1683 |
| Pittsburgh, PA  15219 | Telephone:  (310) 235-2468 |
| Telephone:  (412) 281-8400 | Facsimile:  (310) 235-2456 |
| Facsimile:  (412) 281-1007 | Email:  mark@spiromoss.com; |
| Email:  jkravec@stemberfeinstein.com | ira@spiromoss.com |
| | |
| Michael D. Braun, Esquire (167416) | Wyatt A. Lison, Esquire |
| BRAUN LAW GROUP, P.C. | SPECTER SPECTER EVANS |
| 10680 West Pico Boulevard, Suite 280 |   & MANOGUE, P.C. |
| Los Angeles, CA  90064 | The 26th Floor Koppers Building |
| Telephone:  (310) 836-6000 | Pittsburgh, PA  15219 |
| Facsimile:  (310) 836-6010 | Telephone:  (412) 642-2300 |
| Email:  service@braunlawgroup.com | Facsimile:  (412) 642-2309 |
| | Email:  wlison@ssem.com |

Janet Lindner Spielberg, Esquire (221926)
LAW OFFICE OF JANET LINDNER
  SPIELBERG
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA  90025
Telephone:  (310) 392-8801
Facsimile:  (310) 278-5938
Email:  jlspielberg@jlslp.com

***ATTORNEYS FOR PLAINTIFF***

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 5:07-CV-00411 JF |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ CASE MANAGEMENT SCHEDULING ORDER AMENDING ORDER ENTERED ON MARCH 22, 2010**, AS MODIFIED BY THE COURT |
| v. | ) | |
| AT&T MOBILITY LLC f/k/a/CINGULAR WIRELESS LLC, | ) ) | **HONORABLE JEREMY FOGEL** |
| Defendant. | ) ) ) | |

---

1

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on March 22, 2010
Case No.:  5:07CV00411-JF

1   The parties, by their undersigned counsel, hereby submit the following stipulation and
2  [proposed] order for entry by this Court pursuant to Local Rule 7-12:

3   1.   Plaintiff filed his Motion for Class Certification and supporting papers on February
4  26, 2010 [Documents 108-109].

5   2.   On March 22, 2010, this Court entered an Amended Case Management Scheduling
6  Order [Document 121] adopting the parties proposed schedule [Document 115], requiring
7  Defendant's Opposition thereto to be filed by April 16, 2010, Plaintiff Reply thereto to be filed by
8  May 7, 2010, and setting a motions hearing on class certification for May 21, 2010, at 9:00 a.m.

9   2.   Defendant filed its Opposition to Plaintiff's Motion for Class Certification and
10  Supporting Memorandum on April 16, 2010.  [Document 131.]  In support of that Motion,
11  Defendant also submitted the expert declaration of Professor A. Mitchell Polinsky (under seal).  In
12  order to adequately respond to Defendant's submission of expert testimony, Plaintiff will need to
13  depose Professor Polinsky.  Plaintiff believes additional time will be necessary to complete these
14  tasks prior to Plaintiff submitting his reply papers to class certification, which are due on May 7,
15  2010.

16   3.   In that connection, the parties conferred with respect to extending the current class
17  certification schedule and hereby agree to and submit the following stipulation for an amended
18  schedule for completion of class discovery and for the hearing and briefing on Plaintiff's Motion for
19  Class Certification:

20    a.   Plaintiff's reply in support of his Motion for Class Certification shall be filed
21       no later than **May 21, 2010**.                                     11
22    b.   The Motion for Class Certification shall be heard on **June X̶X̶, 2010, at 9:00**
23       **a.m**. in Courtroom 3, 5th Floor, United States Courthouse, 280 S. First Street, San Jose,
24       California.

2

---

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on March 22, 2010
Case No.:  5:07CV00411-JF

1  The Parties respectfully request that the Court enter this Stipulation.

2  Dated: April 26, 2010

3  **AGREED TO BY:**

| | |
|---|---|
| 4  **STEMBER FEINSTEIN DOYLE PAYNE & CORDES, LLC** | **McKENNA LONG & ALDRIDGE LLP** |
| 6  By:  ___s/Joseph N. Kravec, Jr._____ .<br>Joseph N. Kravec, Jr. (*pro hac vice*) | By:  ___s/Nathan L. Garroway_____ .<br>.     David L. Balser (*pro hac vice*)<br>Nathan L. Garroway (*pro hac vice*)<br>Jeffrey R. Baxter (*pro hac vice*) |
| Allegheny Building, 17th Floor<br>429 Forbes Avenue<br>Pittsburgh, Pennsylvana 15219<br>Telephone: (412) 281-8400<br>Facsimile: (412) 281-1007 | 303 Peachtree Street, N.E., Suite 5300<br>Atlanta, GA  30308<br>Telephone:  (404) 527-4000<br>Facsimile:   (404) 527-4198<br>Email:         dbalser@mckennalong.com<br>                  ngarroway@mckennalong.com |
| Janet Lindner Spielberg (221926)<br>**LAW OFFICES OF JANET LINDNER SPIELBERG**<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, California  90025<br>Telephone: (310) 392-8801<br>Facsimile: (310) 278-5938 | Felicia Y. Feng (184346)<br>**McKENNA LONG & ALDRIDGE LLP**<br>101 California Street, 41st Floor<br>San Francisco, California  94111<br>Telephone:  (415) 267-4000<br>Facsimile:   (415) 267-4198<br>Email:         ffeng@mckennalong.com |
| Michael D. Braun (167416)<br>**BRAUN LAW GROUP, P.C.**<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, California  90064<br>Telephone: (310) 836-6000<br>Facsimile: (310) 836-6010 | *Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC* |
| Ira Spiro (67641)<br>**SPIRO MOSS, LLP**<br>11377 West Olympic Boulevard, Fifth Floor<br>Los Angeles, California  90064-1683<br>Telephone: (310) 235-2468<br>Facsimile: (310) 235-2456 | |
| Wyatt A. Lison<br>**SPECTER SPECTER EVANS & MANOGUE, P.C.**<br>The 26th Floor Koppers Building<br>Pittsburgh, Pennsylvania  15219<br>Telephone: (412) 642-2300<br>Facsimile: (412) 642-2309 | |
| *Attorneys for Plaintiff* | 3 |

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on March 22, 2010
Case No.:  5:07CV00411-JF

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3   **Dated:  April 27, 2010**                                    _____

                                                                  **Honorable Jeremy Fogel**

28                                          4

# PROOF OF SERVICE

STATE OF PENNSYLVANIA            )
                                 )ss.:
COUNTY OF ALLEGHENY              )

I am employed in the county of Allegheny, Commonwealth of Pennsylvania, I am over the age of 18 and not a party to the within action; my business address is Allegheny Building, 17th Floor, 429 Forbes Avenue, Pittsburgh, Pennsylvania 15219.

On April 26, 2010, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Joseph N. Kravec, Jr., I filed and served the document(s) described as:

**STIPULATION AND PROPOSED CASE MANAGEMENT SCHEDULING ORDER AMENDING ORDER ENTERED ON MARCH 22, 2010**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Ira Spiro, Esq. | ira@spiromoss.com<br>jeanette@spiromoss.com |
| J. Mark Moore, Esq. | mark@spiromoss.com |
| Wyatt A. Lison, Esq. | wlison@ssem.com |
| Janet Lindner Spielberg, Esq. | jlspielberg@jlslp.com |
| Michael D. Braun, Esq. | service@braunlawgroup.com |

**Attorneys for Plaintiff**

| | |
|---|---|
| David L. Balser, Esq. | dbalser@mckennalong.com<br>kwade@mckennalong.com |
| Nathan L. Garroway, Esq. | ngarroway@mckennalong.com<br>rfowler@mckennalong.com |
| Felicia Yi-Wen Feng, Esq. | ffeng@mckennalong.com |

1

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on March 22, 2010
Case No.: 5:07CV00411-JF

|  |  |
|---|---|
|  | gparonelli@mckennalong.com |
| Donald M. Falk, Esq. | dfalk@mayerbrown.com |
|  | ksurzynski@mayerbrown.com |

**Attorneys for Defendant**

I declare that I am an attorney for Plaintiff admitted *pro hac vice* in this action.

I further declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 26, 2010, at Pittsburgh, Pennsylvania 15219.

                                     **S/JOSEPH N. KRAVEC, JR.**
                                         **JOSEPH N. KRAVEC, JR.**

2

---

Stipulation and [Proposed] Order Amending the Case Management Scheduling Order Entered on March 22, 2010
Case No.: 5:07CV00411-JF