**E-filed 6/30/2010**

Felicia Y. Feng (184346)
MCKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198
Email:  ffeng@mckennalong.com

David L. Balser (*pro hac vice*)
Nathan L. Garroway (*pro hac vice*)
Jeffrey R. Baxter (*pro hac vice*)

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA  30308
Telephone:    (404) 527-4000
Facsimile:    (404) 527-4198
Email: dbalser@mckennalong.com
       ngarroway@mckennalong.com
       jbaxter@mckennalong.com

*Attorneys for Defendant AT&T MOBILITY LLC f/k/a as CINGULAR WIRELESS LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated, | CASE NO. 5:07-CV-00411-JF |
| Plaintiff, | **ORDER** |
| v. | Judge:  Honorable Jeremy Fogel |
| AT&T MOBILITY LLC formerly known as CINGULAR WIRELESS LLC, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, and notwithstanding footnote 1 of this Court's June 21, 2010 Order [Doc. No. 154], that Order is citable in *McArdle v. AT&T Mobility LLC*, No. CV-09-01117 CW (MEJ) (N.D. Cal.) and in other cases.

Dated: 6/30/2010

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE