**E-Filed 9/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN C. KALTWASSER,<br><br>              Plaintiff,<br><br>   v.<br><br>CINGULAR WIRELESS LLC, a Delaware Corporation,<br><br>              Defendant. | Case Number 5:07-CV-00411-JF/PVT<br><br>ORDER ADMINISTRATIVELY TERMINATING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION |

On June 21, 2010, the Court issued an order vacating the hearing on, and deferring determination of, Plaintiff's motion for class certification pending the ruling of the United States Supreme Court in *AT&T Mobility LLC v. Concepcion*, No. 09-893. For administrative reasons, Plaintiff's motion for class certification will be terminated at this time. Plaintiff may renew the motion if appropriate after the Supreme Court issues a ruling in *Concepcion*.

IT IS SO ORDERED.

DATED: 9/13/2010

JEREMY FOGEL
United States District Judge