**E-Filed 7/26/2011**

| | |
|---|---|
| Joseph N. Kravec, Jr., Esquire (*pro hac vice*) | J. Mark Moore, Esquire (180473) |
| Wyatt A. Lison, Esquire | Ira Spiro, Esquire (67641) |
| STEMBER FEINSTEIN DOYLE & PAYNE, LLC | SPIRO MOSS, LLP |
| Allegheny Building, 17th Floor | 11377 West Olympic Boulevard, Fifth Floor |
| 429 Forbes Avenue | Los Angeles, CA  90064-1683 |
| Pittsburgh, PA  15219 | Telephone:  (310) 235-2468 |
| Telephone:  (412) 281-8400 | Facsimile:  (310) 235-2456 |
| Facsimile:  (412) 281-1007 | Email:  mark@spiromoss.com; |
| Email:  jkravec@stemberfeinstein.com; | ira@spiromoss.com |
| wlison@stemberfeinstein.com | |
| | |
| Michael D. Braun, Esquire (167416) | Janet Lindner Spielberg, Esquire (221926) |
| BRAUN LAW GROUP, P.C. | LAW OFFICE OF JANET LINDNER SPIELBERG |
| 10680 West Pico Boulevard, Suite 280 | 12400 Wilshire Boulevard, Suite 400 |
| Los Angeles, CA  90064 | Los Angeles, CA  90025 |
| Telephone:  (310) 836-6000 | Telephone:  (310) 392-8801 |
| Facsimile:  (310) 836-6010 | Facsimile:  (310) 278-5938 |
| Email:  service@braunlawgroup.com | Email:  jlspielberg@jlslp.com |

*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | | |
|---|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated, | ) ) ) ) | CASE NO.:  5:07-cv-00411-JF |
| Plaintiff, | ) ) | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY LITIGATION AND MOTION TO STRIKE CLASS ALLEGATIONS** |
| v. | ) ) ) ) | |
| AT&T MOBILITY, LLC f/k/a CINGULAR WIRELESS LLC, | ) ) ) | Judge:  Honorable Jeremy Fogel |
| Defendant. | ) ) ) | Date: September 9, 2011<br>Time: 9:00am<br>Courtroom: 3 |

1    WHEREAS, on July 13, 2011, Defendant filed a Renewed Motion to Compel Arbitration and Stay Litigation and a Motion to Strike Class Allegations (collectively "Defendant's Motions");

2    WHEREAS, on July 15, 2011 the parties attended a Case Management Conference with the Court to discuss Defendant's Motions wherein the Court directed the Parties to consult the Court's Clerk, Christian Delaney, about scheduling the briefing schedule and hearing date for Defendant's Motions;

3    WHEREAS, on July 19, 2011 counsel for Plaintiff spoke with Christian Delaney who indicated the Court wanted to hear Defendant's Motions on September 9, 2011;

4    WHEREAS, the parties conferred with respect to the briefing schedule for Defendant's Motions and agreed to and submit the following stipulation for the hearing and briefing on Defendant's Motions:

 1. Plaintiff's opposition to Defendant's Motions shall be filed no later than August 10, 2011.
 2. Defendant's reply in support of Defendant's Motions shall be filed no later than August 24, 2011.
 3. Defendant's Motions shall be heard on September 9, 2011 at 9:00a.m. in Courtroom 3, 5th Floor, United States Courthouse, 280 S. First Street, San Jose, California.

The Parties respectfully request that the Court enter this Stipulation.

Dated: July 20, 2011

**AGREED TO BY**:

| **STEMBER FEINSTEIN DOYLE & PAYNE, LLC** | **McKENNA LONG & ALDRIDGE LLP** |
|---|---|
| By: /s/Joseph N. Kravec, Jr.<br>    Joseph N. Kravec, Jr. (*pro hac vice*)<br>    Wyatt A. Lison | By: /s/ Nathan L. Garroway via email consent<br>    Nathan L. Garroway (*pro hac vice*)<br>    David L. Balser (*pro hac vice*) |
| 429 Forbes Avenue<br>Allegheny Building, 17th Floor<br>Pittsburgh, PA  15219 | 303 Peachtree Street, N.E., Suite 5300<br>Atlanta, GA 30308<br>Telephone: (404) 527-4000 |

Joint Stipulation and [Proposed] Order Regarding Briefing and Hearing Schedule for Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Motion to Strike Class Allegations
Case No.:  5:07-cv-00411-JF

1

| | |
|---|---|
| Telephone: (412) 281-8400 | Facsimile: (404) 527-4198 |
| Facsimile: (412) 281-1007 | Email: ngarroway@mckennalong.com |
| Email: jkravec@stemberfeinstein.com | dbalser@mckennalong.com |
| wlison@stemberfeinstein.com | |
| | |
| J. Mark Moore, Esquire (180473) | Donald M. Falk (150256) |
| Ira Spiro, Esquire (67641) | **MAYER BROWN LLP** |
| **SPIRO MOSS, LLP** | Two Palo Alto Square, Suite 300 |
| 11377 West Olympic Boulevard, Fifth Floor | 3000 El Camino Real |
| Los Angeles, CA 90064-1683 | Palo Alto, California 94306-2112 |
| Telephone: (310) 235-2468 | Telephone: (650) 331-2000 |
| Facsimile: (310) 235-2456 | Facsimile: (650) 331-2060 |
| Email: mark@spiromoss.com | Email: dfalk@mayerbrown.com |
| ira@spiromoss.com | |
| | Evan M. Tager, Esquire |
| Michael D. Braun, Esquire (167416) | Archis A. Parasharami, Esquire |
| BRAUN LAW GROUP, P.C. | **MAYER BROWN LLP** |
| 10680 West Pico Boulevard, Suite 280 | 1999 K Street NW |
| Los Angeles, CA 90064 | Washington, DC 20006 |
| Telephone: (310) 836-6000 | Telephone: (202) 263-3000 |
| Facsimile: (310) 836-6010 | Facsimile: (202) 263-3300 |
| Email: service@braunlawgroup.com | Email: etager@mayerbrown.com |
| | aparasharami@mayerbrown.com |
| | |
| | *Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC* |
| Janet Lindner Spielberg, Esquire (221926) | |
| LAW OFFICE OF JANET LINDNER SPIELBERG | |
| 12400 Wilshire Boulevard, Suite 400 | |
| Los Angeles, CA 90025 | |
| Telephone: (310) 392-8801 | |
| Facsimile: (310) 278-5938 | |
| Email: jlspielberg@jlslp.com | |

*Attorneys for Plaintiff and the Proposed Class*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: July __26__, 2011                    _____
                                            Honorable Jeremy Fogel

**Joint Stipulation and [Proposed] Order Regarding Briefing and Hearing Schedule for Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Motion to Strike Class Allegations**
**Case No.: 5:07-cv-00411-JF**

2