| | |
|---|---|
| Joseph N. Kravec, Jr., Esquire (*pro hac vice*) | J. Mark Moore, Esquire (180473) |
| Wyatt A. Lison, Esquire | Ira Spiro, Esquire (67641) |
| STEMBER FEINSTEIN DOYLE & PAYNE, LLC | SPIRO MOSS, LLP |
| Allegheny Building, 17th Floor | 11377 West Olympic Boulevard, Fifth Floor |
| 429 Forbes Avenue | Los Angeles, CA 90064-1683 |
| Pittsburgh, PA 15219 | Telephone: (310) 235-2468 |
| Telephone: (412) 281-8400 | Facsimile: (310) 235-2456 |
| Facsimile: (412) 281-1007 | Email: mark@spiromoss.com; |
| Email: jkravec@stemberfeinstein.com; | ira@spiromoss.com |
| wlison@stemberfeinstein.com | |
| | |
| Michael D. Braun, Esquire (167416) | Janet Lindner Spielberg, Esquire (221926) |
| BRAUN LAW GROUP, P.C. | LAW OFFICE OF JANET LINDNER SPIELBERG |
| 10680 West Pico Boulevard, Suite 280 | 12400 Wilshire Boulevard, Suite 400 |
| Los Angeles, CA 90064 | Los Angeles, CA 90025 |
| Telephone: (310) 836-6000 | Telephone: (310) 392-8801 |
| Facsimile: (310) 836-6010 | Facsimile: (310) 278-5938 |
| Email: service@braunlawgroup.com | Email: jlspielberg@jlslp.com |

*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| JONATHAN C. KALTWASSER, on behalf of himself and all others similarly situated, | ) ) ) | CASE NO.: 5:07-cv-00411-JF |
| | ) | **STIPULATION AND [PROPOSED]** |
| Plaintiff, | ) ) | **ORDER REGARDING PAGE LIMIT FOR PLAINTIFF'S RESPONSE TO** |
| v. | ) ) | **DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY** |
| | ) ) | **LITIGATION AND MOTION TO STRIKE CLASS ALLEGATIONS** |
| AT&T MOBILITY, LLC f/k/a CINGULAR WIRELESS LLC, | ) ) ) | Judge: Honorable Jeremy Fogel Date: September 9, 2011 Time: 9:00am |
| Defendant. | ) | Courtroom: 3 |

**Stipulation and [Proposed] Order Regarding Page Limit for Plaintiff's Response to Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Motion to Strike Class Allegations**
**Case No.: 5:07-cv-00411-JF**

1  WHEREAS, on July 13, 2011, Defendant filed a Renewed Motion to Compel Arbitration and Stay Litigation and a Motion to Strike Class Allegations (collectively "Defendant's Motions");

3  WHEREAS, Local Rule 7-4 provides Plaintiff twenty-five (25) pages for each memorandum responding to Defendant's Motions, and provides Defendant fifteen (15) pages for each reply memorandum;

6  WHEREAS, Plaintiff's responses to Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and to Defendant's Motion to Strike Class Allegations present many of the same background and legal arguments in each, making much of the two responses duplicative;

9  WHEREAS, pursuant to Local Rule 7.4(b), Plaintiff hereby moves the Court for permission to file a single brief not to exceed forty (40) pages instead of filing two separate twenty-five (25) page briefs.

12  WHEREAS, Defendant stipulates to this request and reserves its right to file two separate reply briefs of fifteen (15) pages each as provided by the Local Rule 7-4.

14  **THEREFORE, IT IS HEREBY STIPULATED** that Plaintiff shall have up to forty (40) pages to file a combined opposition to Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Defendant's Motion to Strike Class Allegations.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August __17__, 2011                   _____
                                               Honorable Jeremy Fogel

**Stipulation and [Proposed] Order Regarding Page Limit for Plaintiff's Response to Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Motion to Strike Class Allegations**
**Case No.:  5:07-cv-00411-JF**

1

1 | The Parties respectfully request that this Court enter this Stipulation.

2 | Dated:  August 8, 2011

3 | **AGREED TO BY**:

4 | **STEMBER FEINSTEIN DOYLE       McKENNA LONG & ALDRIDGE LLP**
    **   & PAYNE, LLC**

By:   *s/Joseph N. Kravec, Jr.*              By: *s/Nathan L. Garroway via email consent*
      Joseph N. Kravec, Jr. (*pro hac vice*)       Nathan L. Garroway (*pro hac vice*)
      Wyatt A. Lison                               David L. Balser (*pro hac vice*)

429 Forbes Avenue                          303 Peachtree Street, N.E., Suite 5300
Allegheny Building, 17th Floor             Atlanta, GA 30308
Pittsburgh, PA  15219                      Telephone: (404) 527-4000
Telephone:  (412) 281-8400                 Facsimile: (404) 527-4198
Facsimile:  (412) 281-1007                 Email:  ngarroway@mckennalong.com
Email:  jkravec@stemberfeinstein.com               dbalser@mckennalong.com
        wlison@stemberfeinstein.com

J. Mark Moore, Esquire (180473)            Donald M. Falk (150256)
Ira Spiro, Esquire (67641)                 **MAYER BROWN LLP**
**SPIRO MOSS, LLP**                        Two Palo Alto Square, Suite 300
11377 West Olympic Boulevard, Fifth Floor  3000 El Camino Real
Los Angeles, CA  90064-1683                Palo Alto, California 94306-2112
Telephone:  (310) 235-2468                 Telephone: (650) 331-2000
Facsimile:  (310) 235-2456                 Facsimile: (650) 331-2060
Email:  mark@spiromoss.com                 Email: dfalk@mayerbrown.com
        ira@spiromoss.com
                                           Evan M. Tager, Esquire
Michael D. Braun, Esquire (167416)         Archis A. Parasharami, Esquire
BRAUN LAW GROUP, P.C.                      **MAYER BROWN LLP**
10680 West Pico Boulevard, Suite 280       1999 K Street NW
Los Angeles, CA  90064                     Washington, DC 20006
Telephone:  (310) 836-6000                 Telephone:  (202) 263-3000
Facsimile:  (310) 836-6010                 Facsimile:  (202) 263-3300
Email:  service@braunlawgroup.com          Email:  etager@mayerbrown.com
                                                   aparasharami@mayerbrown.com

                                           *Attorneys for Defendant ATT Mobility f/k/a*
                                           *Cingular Wireless LLC*

**Stipulation and [Proposed] Order Regarding Page Limit for Plaintiff's Response to Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Motion to Strike Class Allegations**
**Case No.:  5:07-cv-00411-JF**

2

1  Janet Lindner Spielberg, Esquire (221926)
   LAW OFFICE OF JANET LINDNER
2     SPIELBERG
   12400 Wilshire Boulevard, Suite 400
3  Los Angeles, CA  90025
4  Telephone:  (310) 392-8801
   Facsimile:  (310) 278-5938
5  Email:  jlspielberg@jlslp.com

6  *Attorneys for Plaintiff and the Proposed Class*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   **Stipulation and [Proposed] Order Regarding Page Limit for Plaintiff's Response to Defendant's Renewed Motion to Compel Arbitration and Stay Litigation and Motion to Strike Class Allegations**
   **Case No.:  5:07-cv-00411-JF**
                                        3