1  Ira Spiro (SBN 67641)
     ira@spirolawcorp.com
2  SPIRO LAW CORP.
   11377 W. Olympic Boulevard, 5th Floor
3  Los Angeles, CA 90064
4  t. (310) 235-2350; f. (310) 235-2351

5  *ATTORNEYS FOR PLAINTIFF*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

13 | JONATHAN C. KALTWASSER,              ) CASE NO.: 5:07-cv-00411-JW
   | on behalf of himself and all others  )
14 | similarly situated,                  ) **STIPULATION DISMISSING ACTION WITH**
   |                                      ) **PREJUDICE; [~~PROPOSED~~] ORDER THEREON**
15 |            Plaintiff,                )
16 |                                      )
   |            v.                        )
17 |                                      )
   | AT&T MOBILITY, LLC f/k/a             )
18 | CINGULAR WIRELESS LLC,               )
   |                                      )
19 |            Defendant.                )

**STIPULATION DISMISSING ACTION WITH PREJUDICE; ORDER THEREON**

**WHEREAS** the case of *Jonathan C. Kaltwasser vs. AT&T Mobility, LLC f/k/a Cingular Wireless LLC*, U.S.D.C. Northern District, San Jose Division, Case No. 07-00411 has settled.

**IT IS HEREBY STIPULATED** by all parties of record, namely Plaintiff Jonathan C. Kaltwasser and Defendant AT&T Mobility, LLC f/k/a/ Cingular Wireless LLC, that this entire action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  By agreement of the parties, each party shall bear its own costs and attorneys' fees.

DATED:  May 14, 2014         SPIRO LAW CORP.


By:         */s/ Ira Spiro*
            IRA SPIRO
Attorneys for Plaintiffs


DATED:  May 14, 2014         MCKENNA LONG & ALDRIDGE LLP


By:         */s/ Nathan Garroway*
            NATHAN GARROWAY
Attorney for Defendant

1
**STIPULATION DISMISSING ACTION WITH PREJUDICE; ORDER THEREON**

**ORDER**

Pursuant to the Stipulation of the Parties, and FRCP 41, this action, *Jonathan C. Kaltwasser vs. AT&T Mobility, LLC f/k/a Cingular Wireless LLC*, U.S.D.C. Northern District, San Jose Division, Case No. 07-00411, is hereby ORDERED DISMISSED WITH PREJUDICE.

DATED: 5/15/14

_____
UNITED STATE DISTRICT JUDGE